No. 17,711.

CATHERINE J. E. CONTER *v.* WILLIAM H. CONTER.

(295 P. [2d] 686)

Decided February 27, 1956.   Rehearing denied April 23, 1956.

Mr. RICHARD H. SIMON, for plaintiff in error.

Mr. EARL J. HOWER, Mr. HAROLD H. HARRISON, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.